```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x

PEDRO LIZ, ~~on behalf of herself and all others similarly situated~~,

                    Plaintiff,

           -against-

GBNY PRODUCTIONS, INC.,

                  Defendant.
───────────────────────────────── x

Civil Action No.

1:23-cv-10679

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, PEDRO LIZ, and Defendant, GBNY PRODUCTIONS, INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: March 6, 2024

By: _/s/ Gabriel Levy_

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

Adi Kanlic, Esq.
*Attorney for Defendant*
O'Hagan Meyer, LLC
One East Wacker Drive, Ste 3400
Chicago IL
T : (312) 422–6114
Akanlic@ohaganmeyer.com

---

Application GRANTED. The Clerk of Court is respectfully directed to amend the case caption by deleting the language "individually and on behalf of all others similarly situated" after the individual Plaintiff's name. Because the parties did not notify the Court that they intended to comply with Fed. R. Civ. P. 23(e), this dismissal and any settlement between the parties is operative only as between the individual Plaintiff and Defendant and does not bind any absent putative class members.

SO ORDERED.

_/s/ Valerie Caproni_      3/7/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE